UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
)
SANDRA E. VELEZ ) Case # 6:11-bk-09484-ABB
) Chapter 7
)
       Debtor        )

## TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363 (b) (1) and Local Rule 7005, reports that he intends to hold a public sale on or after the 21st day from the date of mailing this Report and Notice to sell the following property of the estate under the terms and conditions stated:

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, trustee, PO Box 3000, Orlando FL 32802-3000, and serve copy on United States Trustee, 135 W Central Blvd., Suite 620, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1. <u>Description of Property</u>: A 1997 Toyota Corolla, hereinafter referred to as "Property." The debtor valued the Property on Schedule B of the bankruptcy petition dated 06/23/11 at $800.00.

2. <u>Method of Sale</u>: The Property will be sold at public, absolute auction.

3. <u>Date and Place of the Sale</u>: The sale will be held on Saturday, December 3, 2011, at 10:00 am at Ewald Auction and Realty Auctioneers Auction House, which is located at 7350 Old Cheney Highway, Orlando, Florida 32807. Any party who desires to inspect the Property can do so by visiting Ewald Enterprises internet website at www.ewaldauctions.com or by contacting auctioneer, Robert Ewald at 407-275-6853.

4. <u>Terms of the Sale</u>: The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold **"as is, where is with all faults and**

**defects therein,"** and subject to all liens and encumbrances. Upon receipt of the funds from the auctioneer, the Trustee will not forward a check to the Debtor because the debtor has not claimed an allowable exemption in the property. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

5. The property is being sold subject to the following liens and encumbrances:
    Lienholder name & address           Amount of Lien
        **NONE**

**Trustee has noted all liens of which he has knowledge; however, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.**

> **NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency.

Dated: October 5, 2011

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
(407) 425-7010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, FL 32801, and auctioneer, Robert Ewald, 12472 Lake Underhill Road, Suite 312, Orlando, FL 32808 this October 5, 2011.

/s/ Richard B. Webber II, Trustee
Richard B. Webber II

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-09484-ABB<br>Middle District of Florida<br>Orlando<br>Wed Oct  5 09:43:08 EDT 2011 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Sandra E. Velez<br>2811 Delcrest Court<br>Orlando, FL 32817-1736 | Citibank NA<br>701 E. 60th Street North<br>Sioux Falls<br>Sioux Falls, SD 57104-0432 |
| Citimortgage<br>P.O. Box 689196<br>Des Moines, IA 50368-9196 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank<br>P.O. Box 260180<br>Baton Rouge, LA 70826-0180 | JPMorgan Chase Bank NA<br>C/O Bryan Bly, V.P.<br>780 Kansas Lane<br>Suite A<br>Monroe, LA 71203-4774 | Orange County Tax Collector<br>Attn:  Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 |
| Zakheim & LaVrar, P.A.<br>1045 S. University Blvd.<br>Suite 202<br>Fort Lauderdale, FL 33324-3333 | Stuart Ferderer +<br>PO Box 532057<br>Orlando, FL 32853-2057 | United States Trustee - ORL7 +<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | | |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Arthur B. Briskman
Orlando

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16